IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                      No. 2:10-cv-01381 JAM KJN P

    vs.

C. PRATER, et al.,

      Defendants.               FINDINGS & RECOMMENDATIONS

                            /

        By order filed June 1, 2012, the court dismissed plaintiff's amended complaint and granted plaintiff leave to file a Second Amended Complaint within thirty days. (Dkt. No. 16.) Plaintiff was informed that "failure to file a second amended complaint in accordance with this order will result in a recommendation that this action be dismissed." (Id. at 2.) The thirty-day period has now expired, and plaintiff has not filed a further amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written

1

objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone1381.fta